ORIGINAL


FILED
OCT 0 8 2014
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,            )
                                     )
                    Plaintiff,       )   CASE NO. 14CR01458-001-GT
                                     )
         v.                          )   O R D E R
                                     )
Miguel Garcia-Hernandez              )
                                     )
                    Defendant.       )
                                     )

Pursuant to a written request from the United States Probation Office, the sentencing date presently set for October 3, 2014 is vacated and reset to December 9, 2014 at 9:30 a.m..

If the defendant is on bond, defense counsel is to file an acknowledgment of the next court date by the defendant within a week of receipt of this order.

DATED: 9/8/14

Gordon Thompson
Senior U.S. District Judge

cc: all counsel of record