FILED
DEC 0 5 2014
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE GORDON THOMPSON, JR.)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>MIGUEL GARCIA-HERNANDEZ,<br><br>　　　　Defendant. | Case No. 14CR01458-GT-1<br><br>**ORDER GRANTING<br>JOINT MOTION TO CONTINUE** |

**IT IS HEREBY ORDERED** that the joint motion to continue the Sentencing Hearing in this matter now scheduled for December 9, 2014, 9:30 a.m. to **January 12, 2015 at 9:30 a.m.** is granted.

**IT IS SO ORDERED.**

Dated: 12/5/14

HONORABLE GORDON THOMPSON, JR.
UNITED STATES DISTRICT COURT JUDGE